Michael J. Cohn #288721
ASPC Florence/East
P.O. Box 5000
Florence, AZ 85132

UNITED STATES DISTRICT COURT
ARIZONA - Div. 1

Michael J. Cohn,
    Plaintiff, Pro Se
vs.
Richard Pratt
    Defendant/Respondent

CV21-1631-PHX-DLR—ESW
2:12CV601-ROS

Request for Emergency Relief

I, Michael J. Cohn, Petitioner in the above captioned case from East Unit - ADOCRR - is taking inmates who have serious medical needs and moving us to Units where we are seriously assaulted.

Four inmates just got seriously assaulted - Ass COIV Debra Larson - moved them to Kingman.

I have multiple medical problems including a mass of the sacrum that has been treated with radiations.

I fear I will be moved and become a victim of assault.

I ~~asked~~ ask this practice be ordered stopped.

Page 1 of 2 page(s)

1  ADCRR must be ordered to:
2  a) screen where inmates are being sent.
3  b) If there is a remote possibility of assault, we
4     not be sent there.

6  Elderly inmates like me (70 y.o.) with serious medical
7  needs are the victims - and in litigation.

9  Filing grievances (internal remedies) is useless as CO IV
10 Larson starts harassing us when we grieve.

12 Before one of us dies or is permanently injured, this
13 must stop!!!

15 Respectfully submitted,
16 [signature] Michael J. Cohn, Ed.D.
17 Dr. Michael J. Cohn
18 Plaintiff

Page 2 of 2 page(s)