1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 Michael J Cohn,                                          **NO. CV-21-01631-PHX-DLR (ESW)**

10                 Plaintiff,

11 v.                                                              **JUDGMENT IN A CIVIL CASE**

12 Richard Pratt,

13                 Defendant.

14

15        **Decision by Court.**  This action came for consideration before the Court.  The

16 issues have been considered and a decision has been rendered.

17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18 September 28, 2021,  judgment is entered in favor of defendant and against plaintiff.

19 Plaintiff to take nothing, and this action is dismissed without prejudice for failure to

20 comply with the Court's orders.

21                                              Debra D. Lucas
                                                      District Court Executive/Clerk of Court
22 November 9, 2021
                                                      s/ L. Dixon
23                                      By    Deputy Clerk

24

25

26

27

28